## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

YURI J. STOYANOV              *

     v.                     *        Civil No. CCB-09-3479

RAY MABUS, SECRETARY OF     *
THE NAVY, et al.

               ***************

## MEMORANDUM AND ORDER

The record in this case has been reviewed. Plaintiff Yuri Stoyanov recently filed an "urgent" motion to release and send summons to him.  (ECF 58).  His case had been stayed, however, at his request, pending his appeal to the Fourth Circuit and then to the Supreme Court.  (ECF 51, 53).  Only now does it appear that the Supreme Court has denied his request for certiorari.  *Stoyanov v. McPherson*, No. 19-1179, 2020 WL 2105278 (U.S. May 4, 2020).  At this time the court Denies his last motion for stay filed December 13, 2019 (ECF 56) as moot.

Accordingly, summonses that may have been presented to the court in 2019 were not ready to be issued until Mr. Stoyanov's appeals had been exhausted.  A search will now be made for any paper copies that may be in the courthouse.  Mr. Stoyanov is admonished to be courteous in any future conversations with Clerk's Office employees about the location and issuance of the summonses or any other aspect of this case.

Further, it appears that Mr. Stoyanov has filed a motion to amend the consolidated case.  (ECF 57).  The U.S. Attorney's Office is directed to respond to the Motion within 21 days of the date of this Order.

So Ordered this   __18th__ day of June, 2020.

                            _____/S/_____
                            Catherine C. Blake
                            United States District Judge