**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| YURI J. STOYANOV | * | |
| v. | * | Civil No. CCB-09-3479 |
| RAY MABUS, SECRETARY OF THE NAVY, et al. | * | |

***************

## MEMORANDUM AND ORDER

Plaintiff Yuri Stoyanov has filed a motion to amend the consolidated case. (ECF 57). The motion did not contain the proposed amended pleading or "a copy of the amended pleading in which stricken material has been lined through or enclosed in brackets and new material has been underlined or set forth in bold-faced type." Local Rule 103.6(a),(c). Therefore, the court denies the motion (ECF 57) without prejudice.

Stoyanov has also filed a motion to release and send summonses, and a motion for extension of time to serve the defendants with the complaint and summons. (ECF 58, 60). The motion to release and send summonses (ECF 58) is granted as to the summonses Stoyanov has already provided to the court. The motion for extension of time (ECF 60) is granted, and Stoyanov is granted 90 days from the date summonses are issued to him to serve the defendants.

So Ordered this  10th  day of August, 2020.

/S/
Catherine C. Blake
United States District Judge